USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PARTNER REINSURANCE COMPANY LTD.,

               Plaintiff,

-against-

RPM MORTGAGE, INC. and LENDUS, LLC,

               Defendants.
------------------------------------------------------------X

**ORDER**
18 CV 5831 (PAE) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

In connection with the settlement conference scheduled for December 10, 2019, at 10:30 a.m., all parties participating by telephone are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       December 9, 2019

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE