UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARTNER REINSURANCE COMPANY LTD.,

                              Plaintiff,

              -v-

RPM MORTGAGE, INC. and LENDUS, LLC,

                              Defendants.

18 Civ. 5831 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

By separate order issued today, the Court denied, without prejudice, defendants' motion to dismiss for lack of standing. *See* Dkt. 97. The Court directs the parties to meet and confer forthwith and, by Monday, June 8, 2020, submit a proposed scheduling order for the completion of expert discovery, the briefing of plaintiff's motion to amend, and the submission of any pre-motion letters and responses regarding proposed motions for summary judgment.[1] Any such pre-motion letters should address whether it would be more efficient to resolve the issues proposed for possible resolution on summary judgment instead during a bench trial. Counsel are advised that, in light of likely challenges to hosting significant numbers of jury trials in the near future, the Court presently has substantial availability to host a bench trial this autumn.

Following receipt of the parties' letter, the Court will schedule a case management conference, keyed to the close of expert discovery, at which it will take up whether and when to schedule briefing for any potential summary judgment motions and/or a possible bench trial.

---

[1] The Court expects the parties to resolve among themselves, without any need for judicial resolution, any disputes as to the proposed schedule.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 3, 2020
       New York, New York