# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| PARTNER REINSURANCE COMPANY LTD., Plaintiff, v. RPM MORTGAGE, INC., LENDUS, LLC, ERWIN ROBERT HIRT, TRACEY HIRT, and THE ROBERT HIRT AND TRACEY NAJARIAN HIRT REVOCABLE LIVING TRUST, Defendants. | Case No.: 1:18-cv-05831 [PROPOSED] SCHEDULING ORDER |
|---|---|

This [Proposed] Scheduling Order is submitted by Plaintiff. Plaintiff proposes that the case proceed as follows:

| Event | Deadline |
|---|---|
| Submission of Plaintiff's letter brief seeking permission to take 30(b)(6) deposition of LendUS, LLC and any letter brief by Defendants seeking permission to take further depositions in light of Court's ruling on motion to amend | November 23, 2020 |
| Submission of any response letter briefs | November 30, 2020 |
| Disclosure of identity of Plaintiff's testifying experts and general subject matter of testimony | November 30, 2020 |
| Disclosure of identify of Defendants' rebuttal experts and general subject matter of testimony | December 14, 2020 |
| Within three (3) business days after ruling from the Court on request(s) for additional fact depositions or 21 days after Court's ruling on the ODI's motion to quash, whichever comes later, parties to submit revised scheduling order reflecting the below dates: | |
| Fact discovery cutoff | 21 days after a ruling from the Court on request(s) for additional fact depositions or 21 days after the Court's ruling on the ODI's motion to quash, whichever comes later |
| Plaintiff's service of opening expert reports | 7 days after fact discovery cutoff |
| Defendants' service of rebuttal expert reports | 28 days after fact discovery cutoff |

| Expert discovery cutoff | 30 days after Defendants' service of rebuttal expert reports |
|---|---|
| Pre-motion letter(s) regarding proposed summary judgment motion(s) | 7 days after expert discovery cutoff |
| Response(s) to pre-motion letter(s) regarding proposed summary judgment motion(s) | 14 days after expert discovery cutoff |

Dated:  November 18, 2020

**ROCHE CYRULNIK FREEDMAN LLP**

<u>/s/ *Nathan Holcomb*</u>
Edward Normand
Amos Friedland
Nathan Holcomb
Jordana Haviv
Stephen Lagos
99 Park Ave., Suite 1910
New York, NY 10016
Tel.: (646) 350-0527
tnormand@rcfllp.com

**RICHARDS LAYTON & FINGER LLP**

Rudolf Koch
One Rodney Square
920 N. King St.
Wilmington, DE 19801
Tel.: (302) 651-7721
koch@rlf.com

*Counsel for Plaintiff*

---------------------------------------------------------------------------------------------------------------------

**TO BE COMPLETED BY THE COURT:**

The Proposed Order has been reviewed by the Court and, except as modified, is adopted as the Scheduling Order of this Court.

This ORDER may not be modified or the dates herein extended, except as permitted herein or by further Order of this Court for good cause shown.  Any application to modify or extend the dates herein shall be made in a written application in accordance with paragraph 1.E of the Court's

Individual Rules and Practices and shall be made no less than two (2) business days prior to the expiration of the date sought to be extended.

The next Case Management Conference is scheduled for _____ at _____ .

SO ORDERED.


DATED: _____                              _____
                                                          Hon. Paul A. Engelmayer, U.S.D.J.