December 15, 2020

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Partner Reinsurance Company Ltd. v. RPM Mortgage, Inc. et al
               Case No. 18-cv-05831 (PAE)

Dear Judge Engelmayer:

Earlier today, non-party Ohio Department of Insurance ("ODI") submitted a letter (*see* Dkt. 130) requesting an extension of time for the ODI to respond to the subpoena that was the subject of this Court's December 2, 2020 order.  *See* Ohio Department of Insurance v. RPM Mortgage, Inc., et al., Case 1:20-mc-00590-PAE, Dkt. 6).

As noted in the ODI's letter, the parties to this action consent to this extension and hereby jointly request a modification to the Civil Case Management Plan and Scheduling Order to accommodate the ODI's request.

A revised Civil Case Management Plan and Scheduling Order, which maintains all current deadlines in place but extends the deadline for the ODI's document production and deposition to January 13, 2021, is filed with this letter for the Court's consideration.

Respectfully Submitted,

ROCHE CYRULNIK FREEDMAN LLP        K&L GATES LLP

By:  */s/Nathan Holcomb*_____        By: */s/ Justin H. Roeber*_____
      Nathan Holcomb                            Justin H. Roeber
      99 Park Avenue, Suite 1910           599 Lexington Avenue
      New York, NY 10016                    New York, NY 10022
      Tel.:  (646) 970-7519                     Tel.:  (212) 536-3900
      nholcomb@rcfllp.com                 Fax:  (212) 536-3901
                                                   Justin.Roeber@klgates.com

      *Counsel for Plaintiff*                      *Counsel for Defendants*