UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PARTNER REINSURANCE COMPANY LTD.,

                          Plaintiff,

        -v-

RPM MORTGAGE, INC., LENDUS, LLC,
ERWIN ROBERT HIRT, TRACEY HIRT,
and THE ROBERT HIRT AND TRACEY
NAJARIAN HIRT REVOCABLE LIVING
TRUST,

                          Defendants.

18 Civ. 5831 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines for defendants' motion for summary judgment, limited to the issue of plaintiff's contractual standing:

- Defendants' motion for summary judgment is due **April 27, 2021**;
- Plaintiff's opposition to defendants' motion is due **May 11, 2021**;
- Defendants' reply in support of their motion is due **May 18, 2021**.

SO ORDERED.

                                        *Paul A. Engelmayer*
                                      PAUL A. ENGELMAYER
                                      United States District Judge

Dated: April 12, 2021
        New York, New York