UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PARTNER REINSURANCE COMPANY LTD.,

                              Plaintiff,

-v-

RPM MORTGAGE, INC. ET AL,

                             Defendants.

18 Civ. 5831 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court resolved defendants' motions *in limine*. The Clerk of Court is respectfully directed to terminate the motions pending at dockets 164, 166, and 167.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: November 22, 2021
         New York, New York