UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

+-----------------------------------------------+
| PARTNER REINSURANCE COMPANY LTD.,             |

                          Plaintiff,                        18 Civ. 5831 (PAE)

          -v-
                                                           ORDER
RPM MORTGAGE, INC. ET AL,

                          Defendants.
+-----------------------------------------------+

PAUL A. ENGELMAYER, District Judge:

Due to a COVID-19 exposure among counsel, the Court, at today's telephonic

conference, adjourned closing arguments to **January 18, 2022, at 1:00 p.m**. The Court will

assess at a later date whether to hear such arguments remotely or in person.

The Court also adjourned the deadlines for the parties' revised Proposed Findings of Fact

and Conclusions of Law, and for their brief letter memoranda regarding books and records

provisions, until December 29, 2021 at 5:00 p.m.

Because today's conference centered on a discussion of personal health information of

counsel, the Court orders sealed the transcript of today's conference. It is to be accessible only

to the Court, and to counsel who have appeared in this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 20, 2021
       New York, New York